and Others, Defendants.— Judgment affirmed, with costs. No opinion. Kapper, Hagarty, Carswell and Scudder, JJ., concur; Lazansky, P. J., dissents, being of opinion that the testimony shows that there was a guaranty by defendant A. Brody & Sons, Inc., of the account of Edwin S. Buckley; that such guaranty was within the Statute of Frauds,* and that there was not a direct promise to pay, based upon a new consideration. Finding of fact 10 contains an inconsistent statement of facts, and the part more favorable to appellants, and which states that a guaranty was made, should be accepted.

GIUSEPPE MANTALBANO, Respondent, v. VITO PIAZZA and Others, Defendants, and FRANCESCO MAZZIATTA, Appellant.— Application denied, with ten dollars costs.

PITZ FOUNDRY, INC., Respondent, v. THE CITY OF NEW YORK, Appellant, and MAURICE E. CONNOLLY, Defendant.— Application denied, with ten dollars costs.

HANNAH BANDLER, Respondent, v. MEYER BANDLER, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ALEXANDER BERENSON and HARRY POLLACK, Plaintiffs, v. DAVID KRAMER and Others, Defendants. DAVID KRAMER, Respondent, v. ALEXANDER BERENSON and HARRY POLLACK, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ALEXANDER BERENSON and HARRY POLLACK, Plaintiffs, v. DAVID KRAMER and Others, Defendants. DAVID KRAMER, Respondent, v. ALEXANDER BERENSON and HARRY POLLACK, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ALFRED H. BLUMBERG and Another, Respondents, v. 4602 FOURTEENTH AVENUE CORPORATION and Others, Defendants, and LIGHTOLIER COMPANY, INC., Appellant.— Motion to dismiss appeal denied. Case ordered at foot of February term calendar on condition that it be submitted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ANNA BROWN, Respondent, v. HARRY KNIGHT, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for Friday, March 13, 1931 (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JOHN BROWN, Respondent, v. HARRY KNIGHT, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for Friday, March 13, 1931 (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ANGELINA GARAFOLO, Appellant, v. MICHAEL COZZA and Others, Respondents.— Motion for stay granted upon condition that appellant perfect the appeal for Monday, March 2, 1931 (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

* See Pers. Prop. Law, § 31.— [REP.